17 F.3d 1429
 Delbridge (Adolph, Jill)
v.
New Jersey Division of Youth & Family Services, Silkowitz
(Andrea), Hartley (Thomas P.), Holleran (Joan), Kelly
(Valerie), & D.Y.F.S. Caseworkers, Norwood (Annecia), Torres
(Andrea), Jakuvic (Arlene), McGough (Lea), Phelan (Eileen),
Semmel (Scott), Heinrich (Leona), Brennan (Lillian), Naranjo
(Mariso), Hornstein (Leonard), Public Defender's Appellate
Section, Baldi (Richard), N.J. D.Y.F.S. Adoption Resource
Center; Delbridge
 NO. 93-5303
 United States Court of Appeals,
Third Circuit.
 Jan 04, 1994
 
 Appeal From: D.N.J.,
 Ackerman, J.
 
 
 1
 AFFIRMED.